

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,423-01

### EX PARTE JOSE DAVID ROBLES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NUMBER13445-D IN THE 350TH DISTRICT COURT FROM TAYLOR COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of driving while intoxicated and sentenced to ten years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Robles v. State*, No. 11-19-00358-CR (Tex. App.—Eastland Oct. 21, 2021). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant filed this application in the Taylor County district clerk's office on December 1, 2021. The Court received this writ application on January 4, 2022. On January 19, 2022, this Court denied it on the merits. However, the mandate in Applicant's direct

appeal did not issue until December 21, 2021. Because the mandate had not issued when the application was filed in the county, the conviction was not final for 11.07 purposes and the application should have been dismissed.

After reconsideration on its own motion, the Court finds that the application should have been dismissed because the direct appeal was still pending. *See Ex parte Johnson*, 12 S.W.3d 472 (Tex. Crim. App. 2000). Accordingly, the Court withdraws its prior order denying this application and enters this order dismissing this application.

Applicant's writ application is dismissed.

DO NOT PUBLISH
DELIVERED: November 2, 2022